UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEFFREY B. PERKINS,<br><br>                    Plaintiff,<br><br>          v.<br><br>SIEMENS FOSSIL SERVICE, INC., a Delaware Corporation, and JOHN DOES 1-99,<br><br>                    Defendants. | No.  4:14-CV-5033-EFS<br><br>**ORDER DISMISSING CASE** |

On April 1, 2015, the parties filed a stipulated dismissal, ECF No. 17.  Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED:**

   **1.**   The parties' Stipulation of Dismissal with Prejudice, **ECF No. 17**, is **GRANTED.**

   **2.**   All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

   **3.**   All pending motions are **DENIED AS MOOT.**

   **4.**   All hearings and other deadlines are **STRICKEN.**

   **5.**   The Clerk's Office is directed to **CLOSE** this file.

   **IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to all counsel.

   **DATED** this   6th   day of April 2015.

                    s/Edward F. Shea
                    EDWARD F. SHEA
             Senior United States District Judge

Q:\EFS\Civil\2014\5033.stipdism.lc1.docx

ORDER DISMISSING CASE - 1